**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 20-1942**

─────────────

In re:  STEPHON TILLMAN,

            Petitioner.

─────────────

On Petition for Writ of Mandamus.  (3:20-cv-00052-GMG-RWT)

─────────────

Submitted:  April 22, 2021                                    Decided:  April 26, 2021

─────────────

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and TRAXLER, Senior Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Stephon Tillman, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephon Tillman petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court accepted the magistrate judge's report and recommendation and denied Tillman's § 2241 petition on March 18, 2021. Accordingly, because the district court has recently decided Tillman's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*